HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ACME FOOD SALES, INC., <br><br> Plaintiff, <br><br> v. <br><br> STARR SURPLUS LINES INSURANCE COMPANY, <br><br> Defendant. | NO. 2:13-CV-01400 JLR <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

TO: The Clerk of the Court

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Acme Food Sales, Inc. and Defendant Starr Surplus Lines Insurance Company hereby stipulate to the dismissal of the Amended Complaint and all claims in this action with prejudice and without fees or costs to either side.

DATED this 25th day of March, 2014.

| CHAMBERLIN KEASTER BROCKMAN LLP | GARVEY SCHUBERT BARER |
|---|---|
| By: _s/Peter J. Mintzer_ <br> Peter J. Mintzer, WSBA No. 19995 <br> 500 Union St., Ste. 645 <br> Seattle, WA 98101-4061 <br> Tel: (206) 447-6461 <br> Email: pmintzer@ckbllp.com <br> Attorneys for Starr Surplus Lines Insurance Company | By: _s/Donald B. Scaramastra_ <br> Donald B. Scaramastra, WSBA No. 21416 <br> 1191 Second Ave., Ste. 1800 <br> Seattle, WA 98101 <br> Tel: (206) 464-3939 <br> Email: dscaramastra@gsblaw.com <br> Attorneys for Acme Food Sales, Inc. |

STIPULATION FOR DISMISSAL
WITH PREJUDICE – 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

## ORDER

Pursuant to the above stipulation by the parties, it is hereby

ORDERED, ADJUDGED and DECREED that the above-captioned cause is hereby dismissed with prejudice as to all parties without an award of costs or fees to any party.

DONE IN OPEN COURT this 25th day of March, 2014.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **Stipulation and Order for Dismissal with Prejudice** with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to all associated counsel of record.

Dated this 25th day of March, 2014, at Seattle, Washington.

*/s/ Leslie Boston*
Leslie Boston

SEA_DOCS:1130165.3 [06113.00255]

STIPULATION AND ORDER OF DISMISSAL - 3

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939